**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 226 WAL 2018

Respondent

v.

PAUL AARON ROSS,

Petitioner

:   Petition for Allowance of Appeal from
:   the **Unpublished Order** of the
:   Superior Court at No. 123 WDM 2017
:   entered on May 7, 2018, **denying**
:   **review** of the Order of the Blair
:   County Court of Common Pleas at
:   No. CP-07-CR-0002038-2004 entered
:   on November 6, 2017

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is hereby **GRANTED**, the Order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court to allow interlocutory appeal of the Order the Blair County Court of Common Pleas, dated November 6, 2017.